USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09

**EATON & VAN WINKLE**

3 PARK AVENUE
NEW YORK, NEW YORK 10016

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

Bonnie R. Kim
Associate

Direct Dial: (212) 561-3605
Email: bkim@evw.com

August 18, 2009

Honorable William H. Pauley
United States District Court
United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

Re: Bulk Conglomerate Shipping S.A. v. Ocean Transport & Shipping (Asia) Pte Ltd. and Ocean Horizon Shipping Company Ltd.
<u>Case No: 09 Civ. 6486 (WHP) Filed Under Seal</u>

Dear Judge Pauley:

The firm of Eaton & Van Winkle LLP represents the Plaintiff in the above-referenced matter.

We recently notified the Court that Plaintiff had successfully attached $55,375.00 to secure part of its claim. We understand that the case remains under seal. <u>Pursuant to the sealing order, we respectfully request that the Clerk be directed to unseal the case.</u>

Respectfully,

Bonnie R. Kim

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/27/09